```
 1  DOUGLAS W. CARR
    Assistant Attorney General
 2  Criminal Justice Division
 3  P.O. Box 40116
    Olympia, WA  98504-0116
 4  (360) 586-1445
 5
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE J. CORPUZ, | NO. CS-99-301-CI |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| JOSEPH D. LEHMAN and BRIAN TINNEY, | **PROPOSED** |
| Defendants. | |

Pursuant to the release and settlement agreement filed by the parties to this action, it is hereby ordered that this action is dismissed with prejudice. This Court shall retain jurisdiction to enforce the parties' release and settlement agreement.

///
///
///
///
///
///
///
///

**RECEIVED**
JUN 1 8 2002
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

---

ORDER DISMISSING ACTION WITH PREJUDICE     1

1  The clerk of the court shall provide copies of this order to counsel for the
2  parties and shall close the file in this case.
3  DATED this _____ day of _____, 2002.
4
5
6  _____
   CYNTHIA IMBROGNO
   U.S. Magistrate Judge
7  Presented by:
8
9  CHRISTINE O. GREGOIRE
   Attorney General
10
   _____
11 DOUGLAS W. CARR, WSBA #17378
   Assistant Attorney General
12 Attorney for Defendants
13 _____
14 University Legal Assistance
   GEORGE A. CRITCHLOW, WSBA #7819
15 Attorney for Plaintiff
16
17
...
26